# UNITED STATES DISTRICT COURT

Middle District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>JESSE QUINN DAILEY | ) **JUDGMENT IN A CRIMINAL CASE**<br>) (For **Revocation** of Probation or Supervised Release)<br>)<br>)<br>) Case No.  3:19-cr-00096<br>) USM No. 76557-065<br>)<br>) Eileen Parrish<br>) _____<br>Defendant's Attorney |

**THE DEFENDANT:**

☐   admitted guilt to violation of condition(s)  _____  of the term of supervision.

☐   was found in violation of condition(s) count(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | | |

      The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑   The defendant has not violated condition(s)  __1 - 4__  and is discharged as to such violation(s) condition.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __7455__

Defendant's Year of Birth:     __1987__

City and State of Defendant's Residence:
Murfreesboro, TN

__10/29/2020__
Date of Imposition of Judgment

_Eli Richardson_
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

_November 4, 2020_
Date

DEFENDANT: JESSE QUINN DAILEY
CASE NUMBER: 3:19-cr-00096

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

As the alleged violations were dismissed, there is no term of imprisonment.

☐    The court makes the following recommendations to the Bureau of Prisons:

☐    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at  _____  ☐  a.m.    ☐  p.m.    on    _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on  _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on  _____    to  _____

at  _____    with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT:  JESSE QUINN DAILEY
CASE NUMBER:  3:19-cr-00096

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

There is no new term of supervised release. The defendant is to continue with his previously imposed supervised release.